

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2018

No. 04-18-00440-CR

Ronald **GUILLORY**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR4522
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court